LINCOLN SQUARE LEGAL SERVICES, INC.

| | |
|---|---|
| Fordham University School of Law | Tel  212-636-6934 |
| 150 West 62nd Street, Ninth Floor | Fax 212-636-6923 |
| New York, NY 10023 | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/2/2026_____

March 2, 2026

## MEMORANDUM ENDORSED

**By ECF**
Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    **United States v. Alex Santiago Rodriguez Tapia,**
       **22-CR-532 (GHW)**
       **25-CV-6460 (GHW)**

Your Honor:

We write on behalf of Mr. Alex Santiago Rodriguez Tapia, who has a 28 U.S.C. 2255 motion pending before the Court and a conference on March 4, 2026 at 10:00 a.m. We write to request a three-week adjournment of the conference to permit further time to discuss potential non-hearing dispositions of the matter with Mr. Rodriguez Tapia. This is our first adjournment request. The Government consents to this request.

Thank you for your attention to this matter.

Respectfully submitted,

/s/
Michael W. Martin
Ian Weinstein
Lincoln Square Legal Services, Inc.
*Attorneys for Mr.* Alex Santiago Rodriguez Tapia

cc:    **By ECF & Email**
       Nicholas Bradley, Esq.
       Assistant United States Attorney
       Southern District of New York

Application granted in part. The status conference scheduled for March 4, 2026 is adjourned to April 21, 2026 at 10:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 184 in 1:22-cr-00532-GHW-1 and Dkt. No. 11 in 1:25-cv-06460-GHW.
SO ORDERED.

Dated: March 2, 2026          _____
New York, New York            GREGORY H. WOODS
                              United States District Judge