LINCOLN SQUARE LEGAL SERVICES, INC.

Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023

Tel  212-636-6934
Fax  212-636-6923

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/20/2026

April 20, 2026

## MEMORANDUM ENDORSED

**Via ECF**
The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     **United States v. Alex Santiago Rodriguez Tapia,**
          **22-CR-532 (GHW)**
          **25-CV-6460 (GHW)**

Your Honor:

        We write on behalf of Mr. Alex Santiago Rodriguez Tapia, who has a 28
U.S.C. § 2255 motion pending before the Court and a conference on April 21, 2026 at
10:00 a.m.  With the government's consent, we write to request an adjournment of the
conference to May 21, 2026 at 11am, which Chambers informs us is available, to
permit further time to discuss non-adversary dispositions of the matter with Mr.
Rodriguez Tapia.  This is our second adjournment request.

        Thank you for your attention to this matter.

                                                        Respectfully submitted,
                                                        */s/*
                                                        Michael W. Martin
                                                        Ian Weinstein
                                                        Lincoln Square Legal Services, Inc.
                                                        *Attorneys for Mr. Rodriguez Tapia*

cc:     **By ECF & Email**
          Nicholas Bradley, Esq.
          Assistant United States Attorney
          Southern District of New York

Application granted.  The status conference previously scheduled for April 21, 2026 at 10:00 a.m. is
adjourned to May 21, 2026 at 11:00 a.m.
The Clerk of Court is directed to terminate the motions pending at Dkt. No. 186 in case number 1:22-
cr-00532 and Dkt. No. 13 in case number 1:25-cv-06460.
SO ORDERED.

Dated:  April 20, 2026                          _____
          New York, New York                    GREGORY H. WOODS
                                                        United States District Judge