LINCOLN SQUARE LEGAL SERVICES, INC.    | Fordham University School of Law | Tel 212-636-6934
                                       | 150 West 62nd Street, Ninth Floor | Fax 212-636-6923
                                       | New York, NY 10023

May 15, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2026
```

**Via ECF**
The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   **United States v. Alex Santiago Rodriguez Tapia,**
      **22-CR-532 (GHW)**
      **25-CV-6460 (GHW)**

Your Honor:

We write on behalf of Mr. Alex Santiago Rodriguez Tapia, who has a 28 U.S.C. § 2255 motion pending before the Court and a conference on May 21, 2026 at 11:00 a.m. With the government's consent, we write to request an adjournment of the conference to the week of June 29 or thereafter, to permit further time for the parties to finalize a non-adversary disposition of the matter with Mr. Rodriguez Tapia. I am out of the country teaching abroad from May 22 to the evening of June 26, but will monitor the matter and alert the Court if the matter can be resolved before the next conference date. This is our third adjournment request.

Thank you for your attention to this matter.

Respectfully submitted,
/s/
Michael W. Martin
Ian Weinstein
Lincoln Square Legal Services, Inc.
*Attorneys for Mr. Rodriguez Tapia*

cc:   **By ECF & Email**
      Nicholas Bradley, Esq.
      Assistant United States Attorney
      Southern District of New York

Application granted. The conference scheduled for May 21, 2026 is adjourned to July 13, 2026 at 9:00 a.m.

The Clerk of Court is directed to terminate the motions pending at Dkt. No. 188 in 1:22-cr-532 and Dkt. No. 15 in 1:25-cv-6460.

SO ORDERED.
Dated: May 15, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge